UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JASON C. FRITTON, MAREA GIBSON, BRIAN W. MOTZENBEEKER, DAWN DUFF, and CHRISTOPHER SHEARMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR CORPORATION, the BOARD OF DIRECTORS OF TAYLOR CORPORATION, the FIDUCIARY INVESTMENT COMMITTEE, and JOHN DOES 1-30,<br><br>Defendants. | CIVIL ACTION NO.:<br>22-cv-00415-ECT-HB<br><br><br><br><br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Plaintiffs Jason C. Fritton, Marea Gibson, Brian W. Motzenbeeker, Dawn Duff, and Christopher Shearman (collectively, "Plaintiffs") and Defendants Taylor Corporation, Board of Directors of Taylor Corporation and Fiduciary Investment Committee (collectively, "Defendants") (collectively, Plaintiffs and Defendants are the "Parties"), by their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint in this action on February 14, 2022 and served it on Defendants on February 22, 2022. (ECF Nos. 1, 9-11.)

2. Under Federal Rule of Civil Procedure 12(a), the deadline for Defendants to respond to the Complaint is March 15, 2022.

39741456.2

3. The Parties stipulate and agree that Defendants may have a brief extension, through April 15, 2022, to move, file, answer or otherwise respond to the Complaint.

4. The Parties stipulate and agree that good cause exists for Defendants' requested extension in light of the number and nature of the allegations asserted in the Complaint, and they further stipulate and agree that the extension will not prejudice Plaintiffs.

5. The Parties further acknowledge that Defendants intend to file a motion to dismiss pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. In the event that Defendants file such a motion, the Parties hereby stipulate and agree to the following briefing schedule:

    a. Defendants shall file their motion, along with any supporting documents required or permitted under District of Minnesota Local Rule 7.1(c)(1), on or before April 15, 2022.

    b. Plaintiffs shall file their memorandum in opposition, along with any documents required or permitted under District of Minnesota Local Rule 7.1(c)(2), on or before May 16, 2022.

    c. Defendants shall file their reply memorandum, along with any documents required or permitted under District of Minnesota Local Rule 7.1(c)(3), on or before June 1, 2022.

6. The Parties respectfully request that the Court enter an order reflecting the extension and briefing schedule set forth in this Stipulation and agree that such an order may be entered without further notice to the Parties.

39741456.2

Dated: March 10, 2022

**GUSTAFSON GLUEK PLLC**

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
David A. Goodwin (#0386715)
Tony J. Stauber (#0401093)
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612-333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
tstauber@gustafsongluek.com

**EDELSON LECHTZIN LLP**

By: *s/ Eric Lechtzin*
Eric Lechtzin, Esquire
(*Admitted Pro Hac Vice*)
Marc H. Edelson, Esquire
(*Pro Hac Admission to be Requested*)
3 Terry Drive, Suite 205
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
elechtzin@edelson-law.com
medelson@edelson-law.com

**CAPOZZI ADLER, P.C.**

Mark K. Gyandoh, Esquire
(*Pro Hac Admission to be Requested*)
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
markg@capozziadler.com

39741456.2

                                      Donald R. Reavey, Esquire
                                      (Pro Hac Admission to be Requested)
                                      2933 North Front Street
                                      Harrisburg, PA 17110
                                      Telephone:  (717) 233-4101
                                      Facsimile: (717) 233-4103
                                      donr@capozziadler.com

                                      *Attorneys for Plaintiff and the Putative Class*

39741456.2

Dated: March 10, 2022

**SAUL EWING ARNSTEIN & LEHR, LLP**

By <u>s/ Steven C. Kerbaugh</u>
  Alain M. Baudry (MN #186685)
  Steven C. Kerbaugh (MN #0390429)
  33 South Sixth Street, Suite 4750
  Minneapolis, MN 55402
  Telephone: (612) 225-2946
  Facsimile: (612) 677-3844
  alain.baudry@saul.com
  steven.kerbaugh@saul.com

**ALSTON & BIRD, LLP**
Emily Seymour Costin (*pro hac vice forthcoming*)
950 F Street NW
Washington, DC 20004
Telephone: 202-239-3300
Facsimile: 202-239-3333
emily.costin@alston.com

  R. Blake Crohan (*pro hac vice forthcoming*)
  Ellie Studdard (*pro hac vice forthcoming*)
  1201 West Peachtree Street, Suite 4900
  Atlanta, GA  30309
  Telephone:  404-881-7000
  Facsimile:  404-881-7777
  ellie.studdard@alston.com

*Attorneys for Defendants Taylor Corporation, Board of Directors of Taylor Corporation and Fiduciary Investment Committee*

39741456.2