UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JASON C. FRITTON, MAREA GIBSON, BRIAN W. MOTZENBEEKER, DAWN DUFF, and CHRISTOPHER SHEARMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR CORPORATION, the BOARD OF DIRECTORS OF TAYLOR CORPORATION, the FIDUCIARY INVESTMENT COMMITTEE, and JOHN DOES 1-30,<br><br>Defendants. | Civil Action No. 0:22-cv-00415<br>Judge Eric C. Tostrud<br>Mag. Judge Hildy Bowbeer |

### [PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

This matter having come before the Court on Defendants' Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (ECF 21), and the Court having considered the submissions of the parties, and for good cause shown,

IT IS HEREBY ORDERED THAT Defendants' Motion to Dismiss has been **GRANTED**.

IT IS FURTHER ORDERED THAT Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**.

_____
UNITED STATES DISTRICT JUDGE