## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JASON C. FRITTON, MAREA GIBSON, BRIAN W. MOTZENBEEKER, DAWN DUFF, and CHRISTOPHER SHEARMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>TAYLOR CORPORATION, the BOARD OF DIRECTORS OF TAYLOR CORPORATION, the FIDUCIARY INVESTMENT COMMITTEE, and JOHN DOES 1-30,<br><br>　　　　　　Defendants. | CASE NO.: 22-cv-00415-ECT-HB<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

This matter came before the undersigned on the Parties' Stipulation for Extension of Time for Plaintiffs to Respond to Defendants' Motion to Dismiss ("Stipulation") (ECF No. 30).

Pursuant to the Stipulation, IT IS HEREBY ORDERED that:

　　a.　Plaintiffs shall file their Memorandum in Opposition to Defendants' Motion to Dismiss the Complaint by May 31, 2022.

　　b.　Defendants shall file their Reply Memorandum to Plaintiffs' Opposition by June 17, 2022.

Dated:_____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Hildy Bowbeer
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge