# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| Jason C. Fritton, et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Eric C. Tostrud |
| | U.S. District Judge |
| v. | |
| | Case No: 22-cv-415 ECT/TNL |
| Taylor Corporation, et al., | Date: July 25, 2022 |
| | Court Reporter: Tim Willette |
| Defendants. | Courthouse: St. Paul |
| | Courtroom: 3B |
| | Time Commenced: 10:05 a.m. |
| | Time Concluded: 10:53 a.m. |
| | Time in Court: 48 Minutes |

**APPEARANCES:**

Plaintiffs:   David Goodwin, Gustafson Gluek PLLC
              Eric Lechtzin, Edelson Lechtzin LLP

Defendants:   Emily Costin, Alston & Bird LLP
              Alain Baudry, Saul Ewing Arnstein & Lehr LLP

**HEARING ON:**

Motion to Dismiss filed by board of Directors of The Taylor Corporation, The Fiduciary Investment Committee, The Taylor Corporation [ECF No. 8]

**PROCEEDINGS:**

The motion was moved, argued, and taken under advisement. Order to follow.

s/ R. Morton
Courtroom Deputy