## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JASON C. FRITTON, MAREA GIBSON, BRIAN W. MOTZENBEEKER, DAWN DUFF, and CHRISTOPHER SHEARMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR CORPORATION, the BOARD OF DIRECTORS OF TAYLOR CORPORATION, the FIDUCIARY INVESTMENT COMMITTEE, and JOHN DOES 1-30,<br><br>Defendants. | Civil Action No. 0:22-cv-00415<br>Judge Eric C. Tostrud<br>Mag. Judge Tony N. Leung<br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS** |

TO: Plaintiffs above-named and their counsel of record, Daniel E. Gustafson, Daniel C. Hedlund, David A. Goodwin and Tony J. Stauber, Gustafson Gluek PLLC, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402; Erick Lechtzin and Marc H. Edelson, Edelson & Lechtzin, LLP, 411 S. State Street, Suite N-300, Newtown, PA 18940; Mark K. Gyandoh, Capozzi Adler, P.C., 312 Old Lancaster Road, Merion Station, PA 19066; and Donald Reavy, Capozzi Adler, P.C., 2933 North Front Street, Harrisburg, P.A. 17110.

PLEASE TAKE NOTICE that on May 1, 2023 at 9:00 am, before the Honorable Eric C. Tostrud, United States District Court Judge, Warren E. Burger Federal Building, 316 Robert St. N., St. Paul, MN 55101, Courtroom 3B, Defendants Taylor Corporation, the Board of Directors of Taylor Corporation, and the Fiduciary Investment Committee will and hereby do move the Court, pursuant to Rules 12(b)(1) and 12(b)(6) of the

Federal Rules of Civil Procedure, for an Order dismissing Plaintiffs' Amended Complaint in its entirety and with prejudice.

Respectfully submitted January 25, 2023.

| | |
|---|---|
| **SAUL EWING LLP** | **ALSTON & BIRD LLP** |
| | Emily S. Costin (*pro hac vice*) |
| */s/ Steven C. Kerbaugh* | D.C. Bar No. 500201 |
| Steven C. Kerbaugh (MN #0390429) | The Atlantic Building |
| 33 South Sixth Street, Suite 4750 | 950 F Street, NW |
| Minneapolis, MN 55402 | Washington, DC 20004-1404 |
| Telephone: (612) 225-2800 | Tel: (202) 239-3300 |
| Facsimile: (612) 677-3844 | Fax: (202) 239-3333 |
| steven.kerbaugh@saul.com | emily.costin@alston.com |
| | |
| | R. Blake Crohan (*pro hac vice*) |
| | GA Bar No. 512642 |
| *Attorneys for Defendants Taylor Corporation, Board of Directors of Taylor Corporation and Fiduciary Investment Committee* | Margaret E. Studdard (*pro hac vice*) |
| | GA Bar No. 356265 |
| | One Atlantic Center |
| | 1201 West Peachtree Street |
| | Atlanta, GA  30309-3424 |
| | Tel: (404) 881-7000 |
| | Fax: (404) 881-7777 |
| | blake.crohan@alston.com |
| | ellie.studdard@alston.com |