UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JASON C. FRITTON, MAREA GIBSON, BRIAN W. MOTZENBEEKER, DAWN DUFF, and CHRISTOPHER SHEARMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR CORPORATION, the BOARD OF DIRECTORS OF TAYLOR CORPORATION, the FIDUCIARY INVESTMENT COMMITTEE, and JOHN DOES 1-30,<br><br>Defendants. | Civil Action No. 22-cv-00415<br><br>Judge Jeffrey M. Bryan<br>Mag. Judge Tony N. Leung |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FAIRNESS HEARING**

Plaintiffs Jason C. Fritton, Marea Gibson, Brian W. Motzenbeeker, Dawn Duff, and Christopher Shearman (collectively, "Plaintiffs"), participants in the Taylor Corporation 401(k) Plan (the "Plan"), respectfully submit this Unopposed[1] Motion for Preliminarily Approval of the proposed Settlement documented in the Stipulation of Settlement ("Settlement" or "Stipulation")[2], preliminarily certifying the Settlement Class, appointing

---

[1] Defendants do not oppose this Motion solely for purposes of facilitating the Settlement.
[2] The Stipulation is attached as Exhibit 1 to the Declaration of Eric Lechtzin in support of Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement ("Lechtzin Decl."). Undefined capitalized terms herein have the same meaning as in the Stipulation.

1

Plaintiffs' Counsel as Class Counsel, approving the manner of notifying the Class, preliminarily approving the Plan of Allocation and Scheduling a Fairness Hearing ("Motion for Preliminary Approval") and respectfully move this Court for an Order granting the relief sought.

The grounds for this motion are set forth in all the files, records, and proceedings herein including Plaintiffs' Counsel's declarations, Memorandum of Law in support of this Motion, and supporting documents. A Proposed Order is submitted herewith.

Dated: April 5, 2024                     Respectfully submitted,

*/s/ Daniel C. Hedlund*
**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
David A. Goodwin (#0386715)
Anthony J. Stauber (#0401093)
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
tstauber@gustafsongluek.com

**EDELSON LECHTZIN LLP**

Eric Lechtzin
Marc H. Edelson
411 S. State Street, Suite N-300
Newtown, PA 18940
Tel: (215) 867-2399
elechtzin@edelson-law.com
medelson@edelson-law.com

2

**CAPOZZI ADLER, P.C.**
Mark K. Gyandoh, Esquire
312 Old Lancaster Road
Merion Station, PA 19066
Tel: (610) 890-0200
markg@capozziadler.com

Donald R. Reavey, Esquire
2933 North Front Street
Harrisburg, PA 17110
Tel: (717) 233-4101
donr@capozziadler.com

*Counsel for Plaintiffs and the Putative Class*