# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JASON C. FRITTON, MAREA GIBSON, BRIAN W. MOTZENBEEKER, DAWN DUFF, and CHRISTOPHER SHEARMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR CORPORATION, the BOARD OF DIRECTORS OF TAYLOR CORPORATION, the FIDUCIARY INVESTMENT COMMITTEE, and JOHN DOES 1-30,<br><br>Defendants. | Civil Action No. 22-cv-00415<br><br>Judge Jeffrey M. Bryan<br><br>Mag. Judge Tony N. Leung |

### PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF PLAN OF ALLOCATION

Plaintiffs Jason C. Fritton, Marea Gibson, Brian W. Motzenbeeker, Dawn Duff, and Christopher Shearman (collectively, "Plaintiffs"), participants in the Taylor Corporation 401(k) Plan (the "Plan"), respectfully submit this Unopposed[1] Motion for Final Approval of the proposed Settlement documented in the Stipulation of Settlement ("Settlement" or "Stipulation")[2], certification of the Settlement Class, appointment of Plaintiffs' Counsel as

---

[1] Defendants do not oppose this Motion solely for purposes of facilitating the Settlement.
[2] The Stipulation is attached as Exhibit A to the Declaration of Eric Lechtzin in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement (ECF No. 86-1). Undefined capitalized terms herein have the same meaning as in the Stipulation.

1

Class Counsel, and approval of the Plan of Allocation ("Motion for Final Approval") and respectfully move this Court for an Order granting the relief sought.

The grounds for this motion are set forth in all the files, records, and proceedings herein including Plaintiffs' Counsel's declarations, Memorandum of Law in support of this Motion, and supporting documents. A Proposed Order is submitted herewith.

Dated: July 9, 2024

Respectfully submitted,

*/s/ Daniel C. Hedlund*
**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
David A. Goodwin (#0386715)
Anthony J. Stauber (#0401093)
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
tstauber@gustafsongluek.com

**EDELSON LECHTZIN LLP**
Eric Lechtzin
Marc H. Edelson
411 S. State Street, Suite N-300
Newtown, PA 18940
Tel: (215) 867-2399
elechtzin@edelson-law.com
medelson@edelson-law.com

**CAPOZZI ADLER, P.C.**
Mark K. Gyandoh, Esquire
312 Old Lancaster Road
Merion Station, PA 19066

Tel: (610) 890-0200
markg@capozziadler.com

Donald R. Reavey, Esquire
2933 North Front Street
Harrisburg, PA 17110
Tel: (717) 233-4101
donr@capozziadler.com

***Counsel for Plaintiffs and the Putative Class***