# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jason C. Fritton, Marea Gibson, Brian W. Motzenbeeker, Dawn Duff, and Christopher Shearman, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Taylor Corporation, the Board of Directors of Taylor Corporation, the Fiduciary Investment Committee, and John Does 1-30,<br><br>Defendants. | Case No. 22-CV0415 (JMB/TNL)<br><br>**DECLARATION OF SETTLEMENT ADMINISTRATOR IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Jeffrey Mitchell, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am currently a Project Manager for Analytics Consulting, LLC (hereinafter "Analytics"), located at 18675 Lake Drive East, Chanhassen, Minnesota, 55317. Analytics provides consulting services to the design and administration of class action and mass tort litigation settlements and notice programs. The settlements Analytics has managed over the past twenty-five years range in size from fewer than 100 class members to more than 40 million, including some of the largest and most complex notice and claims administration programs in history.

2. Analytics' clients include corporations, law firms (both plaintiff and defense), the Department of Justice, the Securities and Exchange Commission, and the Federal Trade Commission, which since 1998 has retained Analytics to administer and

1

provide expert advice regarding notice and claims processing in their settlements/distribution of funds.

3. In my capacity as Project Manager, I count among my duties responsibility for matters relating to the settlement administration for the above-captioned litigation.

4. Analytics has been engaged in this matter to provide settlement administration services, including (among other things) the mailing of the Court-approved Notices of Settlement, the establishment and maintenance of a Settlement Website and telephone call center facility, and the distribution of Settlement benefits to Settlement Class Members (following final approval).

## Notice of Settlement

5. On or about May 14, 2024, Analytics received from defense counsel a spreadsheet containing participant addresses, social security numbers, and account statuses, along with spreadsheets containing participant account balance data from 2022-2024 ("Current Recordkeeper Data") from the Plan's recordkeeper.

6. On or about May 21, 2024, Analytics received from defense counsel another set of data from the plan's prior recordkeeper, containing participant names, addresses, and year-end balance data from 2016-2021, as well as quarter-end balance date from the first quarter of 2022 ("Prior Recordkeeper Data"). The Prior Recordkeeper Data did not include participant Social Security Numbers, and Analytics requested that information.

7. For the Notice mailing, Analytics imported all records from the Current Recordkeeper Data and the Prior Recordkeeper Data. Analytics cross-referenced the Settlement Class Member addresses with the United States Postal Service National Change

2

of Address database and updated with any new addresses that were identified. Analytics also consolidated records between the two datasets that had identical names and addresses. This process resulted in 29,920 unique Class Member records ("Class List"). Additionally, Analytics identified Class Members whom the Current Recordkeeper Data indicated were Active Plan Participants as Active Participants, resulting in 9,754 Class Members with Active plan accounts, and 20,166 Class Member records with non-Active Plan accounts.[1]

8.  On June 7, 2024, Analytics mailed the Notice to Settlement Class Members, A copy of the Notice template is attached hereto as **Exhibit 1**. Additionally, records identified as non-Active Class Members based on the Current Recordkeeper Data were mailed a Non-Active Member Election Form, offering them the option to rollover their settlement payment to an account of their choosing. A copy of the Non-Active Member Election Form is attached hereto as **Exhibit 2.**

9.  On or about June 3, 2024, in response to Analytics' request for Social Security Number data from the prior recordkeeper, Analytics received an updated spreadsheet from defense counsel containing Social Security Numbers from the Plan's prior recordkeeper ("Updated Prior Recordkeeper Data"). At the time the Updated Prior Recordkeeper Data was received, the Class List data and print production process had already been initiated for the Class Notice mailing.

---

[1] Under the Settlement Agreement, an Active Member Class Member is defined as a Class Member with a Plan account with a balance greater than $0 on the date the Court enters the Final Approval Order. Final determination of Active and Non-Active Class Members will therefore be determined based on the plan's balance data as of the date of Final Approval.

3

10. Using the Social Security Number information provided in the Updated Prior Recordkeeper Data, Analytics reviewed the Class List and located records that had been generated from the Prior Recordkeeper Class Data whom the Social Security Numbers in the Updated Prior Recordkeeper Class Data confirmed were duplicate records, but had not been previously identified as a duplicate record in the Class List due to name and/or address variations in the Current Recordkeeper Data and Prior Recordkeeper Data (the initial search for duplicate records relied on identical name and addresses only to locate duplicate records). This process identified 4,086 records in the Class List whose Social Security Number confirmed were a duplicate of another record in the Class Data. Therefore, the number of unique Class Members is 25,834, with 9,754 Class Members identified as Active Members and 16,080 Class Members identified as Non-Active Members.

11. Of the 4,086 records that were confirmed to be a duplicate of another record discussed in paragraph 10, 3,482 were a duplicate of an Active Member Class Member, meaning these individuals were inadvertently mailed both a Notice (for their record in Class List marked as an Active Member record) as well as a Notice with an Election Form (for their record in the Class List marked as a Non-Active Member record). The Parties determined a Corrective Notice should be mailed to the affected individuals to confirm the Non-Member Election Form was mailed to them by mistake and would be inapplicable since they are an Active Member.

12. On June 25, 2024, Analytics mailed by first-class mail the Corrective Notice to the 3,482 Class Members discovered to have been previously mailed an Election Form,

4

but were subsequently confirmed to be Active Members. A copy of the Corrective Notice is attached as **Exhibit 3.**

13. To date, 227 Notices were returned to Analytics by the U.S. Postal Service with a forwarding address. Analytics updated the Class list with the forwarding address and processed a re-mailed Notice to the updated address of the affected Class Members.

14. To date, 1,988 Notices were returned to Analytics as undeliverable by the U.S. Postal Service without a forwarding address. Analytics conducted skip trace in attempt to ascertain a valid address for the affected Settlement Class Members. As a result of these efforts, 1,526 new addresses were identified for Settlement Class Members. Analytics subsequently updated the Class list with these new addresses and processed a re-mail of the Notice to the affected records.

15. In total, out of 25,834 Notices to Class Members, Analytics' records indicate 462 (approximately 1.79%) were ultimately undeliverable as of the date of this declaration, despite Analytics' efforts to verify address information in advance of mailing and to update address information and re-mail the Notices if they were returned.

## Settlement Website and Telephone Information Line

16. From the date of the Notice mailing, Analytics also has maintained a Settlement Website relating to this action. The internet address for this Settlement Website is www.TaylorERISAsettlement.com. Among other things, the Settlement Website includes: (1) a "Frequently Asked Questions" page containing a clear summary of essential case information; (2) a "Home" page and "Important Dates" page, each containing clear notice of applicable deadlines; (3) a "Court Documents" page, which includes case and

settlement documents for download (including the Long-Form Settlement Notice, Settlement Agreement, and Preliminary Approval Order); and (4) email, phone, and U.S. mail contact information for Analytics and Class Counsel. A copy of the Long-Form Settlement Notice is attached as **Exhibit 4**.

17. Analytics also created and maintained a toll-free telephone support line as a resource for Settlement Class Members seeking information about the Settlement. The toll-free telephone line employs an interactive voice response system ("IVR system") to answer calls and provides callers the option of speaking with a live operator if they prefer. The toll-free number for the telephone support line is 1-866-648-1908. This telephone number appears on the Settlement Website.

### Response to Class Notice

18. As of the date of this Declaration, I am not aware of any objections from Settlement Class Members to the Settlement. The deadline for Class Members to object is July 23, 2024.

> I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 1, 2024

DocuSigned by:
*Jeff Mitchell*
13EC110C92464EC...

Jeffrey Mitchell

6